UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEPPERMILL CASINOS, INC., <br><br> Plaintiff, <br> v. <br> TALX CORPORATION, <br><br> Defendant. | Case No. 3:21-cv-00161-HDM-CLB <br><br> ORDER |

The defendant has filed a motion to compel arbitration and stay proceedings pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* (ECF Nos. 6 & 7). The plaintiff has agreed to submit its claims to arbitration. (ECF No. 9). Accordingly, the unopposed motion to compel arbitration and stay proceedings (ECF Nos. 6 & 7) is GRANTED. This action is therefore STAYED pending completion of the arbitration process or until further order of the court. The parties shall advise the court of the resolution of the arbitration proceedings within thirty days of the date of the final arbitration decision.

The Clerk of Court shall administratively CLOSE this action.

IT IS SO ORDERED.

DATED: This 29th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE