UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEPPERMILL CASINOS, INC., | Case No. 3:21-cv-00161-HDM-CLB |
| Plaintiff, | ORDER |
| v. | |
| TALX CORPORATION, | |
| Defendant. | |

On April 29, 2021, the court administratively closed this action pending arbitration of the plaintiff's claims. On September 20, 2021, the defendant filed a notice of settlement (ECF No. 13). The notice indicates that the parties have settled the claims in this action outside of arbitration.

On the basis of the defendant's notice, and absent any objection by the plaintiff, the stay previously entered in this case is hereby VACATED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: This 13th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE